# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4791
_____

KENNETH HUNT,

Petitioner,

v.

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

June 25, 2018

PER CURIAM.

DENIED.

LEWIS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

L. Lee Lockett of Lockett Law, P.A., Jacksonville Beach, for Petitioner.

Christie S. Utt, General Counsel, and Mark L. Mason, Assistant General Counsel for the Department of Highway Safety and Motor Vehicles, Tallahassee, for Respondent.